JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISTTECH CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SENSORTECH SYSTEMS, INC.,<br><br>　　　　Defendant. | CV 15-4952 PA (JPRx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's September 14, 2015, Minute Order granting the Motion to Dismiss or Stay Pending Arbitration filed by defendant SensorTech Systems, Inc.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice and defendant SensorTech shall recover its costs of suit.

DATED: September 14, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE